**OSBORN MALEDON**
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2794

P.O. Box 36379
Phoenix, Arizona 85067-6379

Telephone   602.640.9000
Facsimile   602.640.9050

Andrew M. Federhar
Fennemore Craig PC
3003 N. Central Avenue, Suite 2600
Phoenix, Arizona 85012-2913
(602) 916-5301
federhar@fclaw.com

One of the Attorneys for Bard Peripheral Vascular, Inc, David Goldfarb, M.D. and C.R. Bard, Inc.

William J. Maledon, No. 003670
Brett L. Dunkelman, No. 006740
Osborn Maledon, P.A.
2929 N. Central Avenue, Suite 2100
Phoenix, Arizona 85012-2794
(602) 640-9000
wmaledon@omlaw.com
bdunkelman@omlaw.com

One of the Attorneys for W. L. Gore & Associates, Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Bard Peripheral Vascular, Inc. and David Goldfarb, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> W. L. Gore & Associates, Inc. <br><br> Defendant <br><br> W. L. Gore & Associates, Inc. <br><br> Counterclaimant, <br><br> v. <br><br> Bard Peripheral Vascular, Inc., David Goldfarb, M.D., and C. R. Bard, Inc. <br><br> Counterdefendants. | **No. CIV 03-0597 PHX MHM** <br><br> **JOINT SUBMISSION OF PROPOSED PRELIMINARY JURY INSTRUCTIONS** |

As discussed at the Pretrial Conference and pursuant to this Court's Civil Minutes, dated 10/10/07, the parties jointly submit the attached proposed preliminary jury instructions to be read to the jury at the beginning of the trial. As the attached indicates, the parties have reached agreement on each of the nine proposed preliminary instructions, except for Preliminary Instruction No. 6. Plaintiffs' proposed instruction is No. 6(a) and is entitled "Overview of Disputed Issues." Gore's proposed instruction is No. 6(b) and is entitled "Overview of Applicable Law." The parties will continue to confer and try to resolve or narrow their differences regarding Preliminary Instruction No. 6.

RESPECTFULLY SUBMITTED this 17th day of October, 2007.

| FENNEMORE CRAIG P.C. | OSBORN MALEDON, P.A. |
|---|---|
| By: s/Andrew M. Federhar<br>　　Andrew M. Federhar<br>　　3003 North Central Avenue<br>　　Suite 2600<br>　　Phoenix, Arizona 85012-2913 | By: s/Brett L. Dunkelman<br>　　William J. Maledon, Esq.<br>　　Brett L. Dunkelman, Esq.<br>　　2929 N. Central Ave., Ste. 2100<br>　　Phoenix, AZ  85012-2794 |
| LATHAM & WATKINS, L.L.P.<br>Steven C. Cherny, Esq.<br>Maximilian A. Grant, Esq.<br>Shaw McDonald, Esq. | MORGAN & FINNEGAN, L.L.P.<br>David H. Pfeffer, Esq.<br>Arnold I. Rady, Esq.<br>James W. Gould, Esq.<br>3 World Financial Center<br>New York, NY  10281-2101 |
| POLESE, PIETZSCH, WILLIAMS,<br>　& NOLAN, P.C.<br>James F. Polese<br>2702 North Third Street<br>Suite 3000<br>Phoenix, Arizona  85004-4607 | Attorneys for W.L. Gore & Associates, Inc. |
| Attorneys for David Goldfarb, M.D., Bard Peripheral Vascular, Inc., and C.R. Bard, Inc. | |

1773577v1

## CERTIFICATE OF SERVICE

☒   I hereby certify that on October 17, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

                                s/Susanne Wedemeyer