**FENNEMORE CRAIG P.C.**
3003 NORTH CENTRAL AVENUE, SUITE 2600
PHOENIX, ARIZONA 85012-2913
PHONE (602) 916-5000
ANDREW M. FEDERHAR (#006567)

**LATHAM & WATKINS LLP**
885 THIRD AVENUE
NEW YORK, NEW YORK 10022
STEVEN C. CHERNY

555 ELEVENTH STREET, N.W.
WASHINGTON, DC 20004
MAXIMILIAN A. GRANT

Attorneys for Plaintiffs/Counterdefendants Bard Peripheral Vascular, Inc. and David Goldfarb, M.D. and Counterdefendant C.R. Bard, Inc.

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Bard Peripheral Vascular, Inc., and David Goldfarb, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>W.L. Gore & Associates, Inc.,<br><br>Defendant.<br><br>—————————————————<br>W.L. Gore & Associates, Inc.,<br><br>Counterclaimant,<br><br>v.<br><br>Bard Peripheral Vascular, Inc., David Goldfarb, M.D., and C.R. Bard, Inc.<br><br>Counterdefendants. | No. CV-03-0597-PHX-MHM<br><br><br><br>**PLAINTIFFS' OPPOSITION TO GORE'S RENEWAL OF JMOL MOTIONS AT THE CLOSE OF PLAINTIFFS' CASE IN CHIEF AND RENEWAL OF PLAINTIFFS' OPPOSITIONS TO GORE'S JMOL MOTIONS**<br><br>*(Assigned to the Hon. Mary H. Murguia)* |

No. CV-03-0597-PHX-MHM

1

2      Although there has yet to be a verdict, Gore has renewed its JMOL Motions
3   filed at the end of Plaintiffs' case-in-chief:
4      (a) Gore's Motion for Judgment as a Matter of Law that Claim 20 is
5   Obvious in Light of the Volder Publication (Doc. No. 650);
6      (b) Gore's Motion for JMOL Regarding Plaintiffs' Claim of Willful
7   Infringement (Doc. No. 651); and
8      (c) Gore's Motion for JMOL Regarding Plaintiffs' Lack of Standing (Doc.
9   No. 652).
10     Plaintiffs object to this renewal as premature as the jury has not yet
11  rendered a verdict and judgment has not been entered. *See* FED. R. CIV. P. 50(b).
12     Plaintiffs filed Oppositions to Gore's JMOLs (Doc Nos. 656, 657, 659).
13  Gore has not presented any additional evidence or arguments. To the extent required
14  under Fed. R. Civ. P. 50, and subject to Plaintiffs' objection, Plaintiffs renew their
15  Oppositions described above.
16     WHEREFORE   Plaintiffs respectfully request that the Court (i) deny
17  Gore's Motions for Judgment as a Matter of Law, and (ii) grant any other relief the Court
18  deems just.
19
20  December 10, 2007

21                 Bard Peripheral Vascular, Inc.,
                David Goldfarb, M.D.
22                 & C. R. Bard, Inc.
                By their attorneys,
23
             By:   /s/ Andrew M. Federhar
24
               **FENNEMORE CRAIG P.C.**
25                 ANDREW M. FEDERHAR
                3003 North Central Avenue, Suite 2600
26                 Phoenix, Arizona 85012-2913
                Phone (602) 916-5000
27
               **LATHAM & WATKINS, LLP**
28                 STEVEN C. CHERNY

885 Third Avenue
New York, NY 10022
Phone (212) 906-1200

MAXIMILIAN A. GRANT
555 Eleventh Street, N.W.
Washington, DC 20004
Phone (202) 637-2200

# CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

                              Plaintiffs

                              s/Heidi Anderson
                                Assistant to Andrew. M .Federhar,
                                one of its attorneys