# United States Court of Appeals for the Federal Circuit

2010-1510

CV 03-597-PHX-MHM

BARD PERIPHERAL VASCULAR, INC.
and DAVID GOLDFARB, M.D.,

Plaintiffs/Counterclaim
Defendants-Appellees,

and

C.R. BARD, INC.,

Counterclaim Defendant-Appellee,

v.

W.L. GORE & ASSOCIATES, INC.,

Defendant/Counterclaimant-Appellant.

## Judgment

ON APPEAL from the     United States District Court for the District of Arizona

in CASE NO(S).     03-CV-0597

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED IN PART, VACATED IN PART and REMANDED**

ENTERED BY ORDER OF THE COURT

DATED JUN 1 4 2012

Jan Horbaly, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By_____ Date: 7/23/2012

ISSUED AS A MANDATE: July 23, 2012

# United States Court of Appeals for the Federal Circuit

2010-1510

BARD PERIPHERAL VASCULAR, INC.
and DAVID GOLDFARB, M.,

Plaintiffs/Counterclaim
Defendants-Appellees,

and

C.R. BARD, INC.,

Counterclaim Defendant-Appellee,

v.

W.L. GORE & ASSOCIATES, INC.,

Defendant/Counterclaimant-Appellant.

## Judgment

ON APPEAL from the    United States District Court for the District of Arizona

in CASE NO(S).    03-CV-0597

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

### AFFIRMED

ENTERED BY ORDER OF THE COURT

DATED FEB 10 2012

Jan Horbaly, Clerk

[VACATED IN PART]

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By_____ Date: 7/23/2012

ISSUED AS A MANDATE: July 23, 2012