Juanita Brooks (*pro hac vice*)
Roger A. Denning, No. 18315
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099
brooks@fr.com
denning@fr.com

Michael E. Florey (*pro hac vice*)
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3200
Minneapolis, Minnesota 55402
Telephone; (612) 335-5070
Facsimile: (612) 288-9696
florey@fr.com

Helen Perry Grimwood, No. 006355
N. Douglas Grimwood, No. 003414
The Grimwood Law Firm plc
714 East Rose Lane, Suite 100
Phoenix, Arizona 85014-1960
(602) 265-4995
(602) 230-2878 (facsimile)
ndg@grimwoodlaw.com
hpg@grimwoodlaw.com

Attorneys for Defendant W. L. Gore & Associates, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bard Peripheral Vascular, Inc. and David Goldfarb, M.D.,<br><br>  Plaintiffs,<br><br>v.<br><br>W. L. Gore & Associates, Inc.,<br><br>  Defendant. | Cause No.  CIV 03-0597 PHX MHM<br><br>**REQUEST FOR JUDICIAL NOTICE OF DECISION ON REQUEST FOR REEXAMINATION OF UNITED STATES PATENT NO. 6,436,135** |

1

Pursuant to Fed. R. Evid. 201, Defendant W.L. Gore & Associates hereby requests that the Court take judicial notice of the "Decision On Request For Reexamination" issued by the Central Reexamination Unit ("CRU") of the United States Patent And Trademark Office on January 23, 2013.  A true and correct copy of the Decision is attached as Exhibit A.  The CRU's Decision was rendered the day after Gore's reply briefs in support of its motion for JMOL of no willfulness and its motion for new trial were filed with the Court. The Decision is highly relevant to all of the remand motions currently pending before the Court: D.I. 1111; D.I. 1113; and D.I. 1109.

First, the CRU determined that a "substantial new question of patentability" exists as to all claims asserted by Bard in this case.  This determination was based solely on the prior art reference Matsumoto *et al.*, "A New Vascular Prothesis For A Small Caliber Artery," *Surgery*, Vol. 74, No. 4, pp. 519-523 (1973).  This is the same Matsumoto reference relied on by Gore in its remand motion seeking JMOL of no willfulness.  [D.I. 1111]  The CRU's determination that the Matsumoto reference -- by itself -- raises a "substantial new question of patentability" as to all asserted claims strongly supports the conclusion that Gore's anticipation defense based on Matsumoto was "objectively reasonable."

Second, Gore's New Trial Motion [D.I. 1113] is based in part on Plaintiffs' misstatements to the jury as to what issues had been considered and decided by the USPTO during the Interference and the prosecution of the '135 patent.  In respect to the Matsumoto reference, Plaintiffs repeatedly told the jury that Gore's anticipation defense was reckless because the USPTO had considered, fully analyzed, and ultimately rejected Matsumoto as a prior art reference.  This is not true.  As the attached Decision recognizes, "Matsumoto was cited but not applied in the previous examination."  [Ex. A at p. 4]  The Decision further states that "[t]his situation provides the new light under which the Matsumoto reference is considered."  [Ex. A at p. 5]  Recognition by the USPTO's Central Reexamination Unit that the Examiner never actually applied the

2

Matsumoto reference against the claims strongly supports Gore's motion for a new trial free from misleading and prejudicial evidence and argument by Bard.

Finally, Bard has moved for entry of partial judgment to allow it to collect certain damage amounts currently in escrow prior to entry of Final Judgment at the conclusion of this case. [D.I. 1109] The Decision indicates that the validity of the '135 patent is not free from question. These circumstances strongly support maintaining the status quo as to all amounts in escrow and subject to bond until the entirety of this case has reached a final and non-appealable judgment.

Gore is prepared to provide additional briefing on these issues if such briefing would be helpful to the Court.

Dated this 28th day of January, 2013.

                                        Fish & Richardson P.C.

                                        By /s/Juanita Brooks
                                             Juanita Brooks
                                             Roger Denning
                                             Fish & Richardson P.C.
                                             12390 El Camino Real
                                             San Diego, California  92130
                                             (858) 678-5070

| Helen Perry Grimwood | Michael E. Florey |
| --- | --- |
| The Grimwood Law Firm plc | Fish & Richardson P.C. |
| N. Douglas Grimwood | 60 South Sixth Street, Suite 3200 |
| 714 East Rose Lane, Suite 100 | Minneapolis, Minnesota 55402 |
| Phoenix, Arizona 85014-1960 | (612) 335-5070 |
| (602) 265-4995 | |
| | Attorneys for Defendant |
| | W. L. Gore & Associates, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2013, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

/s/Gaynell Carpenter