Helen Perry Grimwood, No. 006355
N. Douglas Grimwood, No. 003414
The Grimwood Law Firm plc
714 East Rose Lane, Suite 100
Phoenix, Arizona 85014-1960
(602) 265-4995
ndg@grimwoodlaw.com
hpg@grimwoodlaw.com

Juanita Brooks (*pro hac vice*)
Roger A. Denning, No. 18315
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California  92130
Telephone: (858) 678-5070
brooks@fr.com
denning@fr.com

Attorneys for W. L. Gore & Associates, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bard Peripheral Vascular, Inc. and David Goldfarb, M.D.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>W. L. Gore & Associates, Inc.,<br><br>　　　Defendant.<br>_____<br>W. L. Gore & Associates, Inc.,<br><br>　　　Counterclaimant,<br><br>v.<br><br>Bard Peripheral Vascular, Inc. and David Goldfarb, M.D.,<br><br>　　　Counterdefendants.<br>_____ | Cause No.  CIV 03-0597 PHX MHM<br><br>**GORE'S NOTICE OF DEPOSIT OF ROYALTY PAYMENT PURSUANT TO AMENDED CLERK'S JUDGMENT (DOC. NO. 1047)** |

　　　NOTICE IS HEREBY GIVEN that, in accordance with Paragraphs 6 and 7 of the Order Concerning Compulsory License contained within the Amended Clerk's Judgment

1

(Doc. No. 1047), Gore today has deposited with the Clerk of the Court (into account "Sub-Category No. 2") a cashier's check in the amount of $34,709,958.64 for the royalty payment covering the period January 1, 2013 through March 31, 2013.

DATED this 29th day of April 2013.

          The Grimwood Law Firm plc

By  /s/Helen Perry Grimwood
Helen Perry Grimwood
N. Douglas Grimwood
714 East Rose Lane, Suite 100
Phoenix, Arizona 85014-1960
(602) 265-4995

Juanita Brooks
Roger Denning
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California  92130
(858) 678-5070

Attorneys for Defendant
W. L. Gore & Associates, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2013, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

     /s/Gaynell Carpenter