# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES

Phoenix Division

CASE NO.: **CV-03-00597-PHX-MHM**      DATE: June 12, 2013

HON: MARY H. MURGUIA

Caption: Bard Peripheral Vascular, Inc., et al. v. W.L. Gore & Associates, Inc.

Deputy Clerk: Nicholas Sommers       Crt Rptr/ECR: Merilyn Sanchez

Plaintiffs' counsel: Steven Cherny, Andrew Federhar, John OQuinn, John Strand, and Bill Burgess
Defendant's counsel: Juanita Brooks, Michael Florey, Roger Denning, and Cathy Testa

---

This is the time set for a motion hearing.

2:09 p.m. Counsel are present as stated above. Juanita Brooks argues defendant's respective positions regarding the pending motions (Docs. 1109, 1113, 1122). 3:07 p.m. Recess

3:23 p.m. Court reconvenes. Steven Cherny argues plaintiffs respective positions regarding the pending motions (Docs. 1109, 1113, 1122). Juanita Brooks presents defendant's rebuttal argument. The Court takes the motions under advisement. 4:45 p.m. Court adjourns

Time in Court: 2 hrs. and 20 mins.
Hearing Held: 2:09 p.m. to 4:45 p.m.