1   FENNEMORE CRAIG P.C.
    2394 E. Camelback, Suite 600
2   Phoenix, Arizona  85016-3429
    Andrew M. Federhar (#006567)
3   (602) 916-5301
    federhar@fclaw.com
4
    KIRKLAND & ELLIS LLP
5   601 Lexington Avenue
    New York, NY 10022
6   Steven C. Cherny
    (212) 446-4965
7   scherny@kirkland.com

8   LATHAM & WATKINS LLP
    555 Eleventh Street, N.W.
9   Washington, DC 20004
    Maximilian A. Grant
10  (202) 637-2267
    max.grant@lw.com
11
    *Attorneys for Plaintiffs/Counterdefendants Bard Peripheral Vascular,*
12  *Inc. and David Goldfarb, M.D. and Counterdefendant C.R. Bard, Inc.*

13
                    **UNITED STATES DISTRICT COURT**
14                     **DISTRICT OF ARIZONA**

15
16  Bard Peripheral Vascular, Inc., and David     ) **No. CV-03-0597-PHX-MHM**
    Goldfarb, M.D.,                               )
17                                                ) **BARD'S NOTICE OF**
                         Plaintiffs,              ) **SUPPLEMENTAL AUTHORITY –**
18                                                ) **NOTICE OF TERMINATION OF**
                    v.                            ) **REEXAMINATION**
19                                                )
    W.L. Gore & Associates, Inc.,                 )
20                                                )
                         Defendant.               )
21                                                )

22        Dr. Goldfarb and Bard hereby give notice that on July 10, 2013, the U.S. Patent

23  and Trademark Office ("PTO") terminated the reexamination initiated by Gore and

24  provided Notice of Intent to Issue a Reexamination Certificate.  A copy of the notice is

25  attached as Exhibit A.  This is the same reexamination that Gore had previously requested

26  that the Court judicially notice. (*See* Dkt. No. 1122.)  When initiating the reexamination,

27  the PTO only had the benefit of Gore's *ex parte* submission.  After hearing from Bard,

28  however, the PTO found once again that "the prior art does not teach nodes

interconnected by fibrils where the average distance between nodes is not less than about 6 microns, as recited in claims 20-27," and that the Matsumoto references only "teach or refer to grafts with a particular pore size and make no mention of internodal distance." The PTO, thus, rejected Gore's arguments in their entirety and confirmed the validity of Dr. Goldfarb's pioneering invention.

Respectfully submitted this 11th day of July, 2013.

FENNEMORE CRAIG P.C.

By: s/ Andrew Federhar
　　　Andrew M. Federhar

KIRKLAND & ELLIS LLP
Steven C. Cherny

LATHAM & WATKINS LLP
Maximilian A. Grant

Attorneys for Bard Peripheral Vascular, Inc., David Goldfarb, M.D.& C.R. Bard, Inc.

FENNEMORE CRAIG
PROFESSIONAL CORPORATION
PHOENIX

2

1

**CERTIFICATE OF SERVICE**

2

3    I hereby certify that on July 11, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF filing system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

4

5

6                                    s/ Katrina Thomas

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28