1  FENNEMORE CRAIG P.C.
   2394 E. Camelback, Suite 600
2  Phoenix, Arizona 85016-3429
   Andrew M. Federhar (#006567)
3  (602) 916-5301
   federhar@fclaw.com
4
   KIRKLAND & ELLIS LLP
5  601 Lexington Avenue
   New York, NY 10022
6  Steven C. Cherny
   (212) 446-4965
7  scherny@kirkland.com

8  LATHAM & WATKINS LLP
   555 Eleventh Street, N.W.
9  Washington, DC 20004
   Maximilian A. Grant
10 (202) 637-2267
   max.grant@lw.com
11
   *Attorneys for Plaintiffs/Counterdefendants Bard Peripheral Vascular,*
12 *Inc. and David Goldfarb, M.D. and Counterdefendant C.R. Bard, Inc.*

13
                    **UNITED STATES DISTRICT COURT**
14                         **DISTRICT OF ARIZONA**

15
16 Bard Peripheral Vascular, Inc., and David  ) **No. CV-03-0597-PHX-MHM**
   Goldfarb, M.D.,                            )
17                                             ) **JOINT STIPULATION REGARDING**
                  Plaintiffs,                  ) **PROPOSED FORM OF ORDER**
18                                             )
        v.                                     )
19                                             )
   W.L. Gore & Associates, Inc.,               )
20                                             )
                  Defendant.                   )
21                                             )

22      On October 28, 2013, counsel for Plaintiffs and Gore met and conferred regarding
23 the proposed form of order requested by the Court. (D.I. 1145). The parties have agreed
24 to entry of a proposed form of order ("Proposed Order"), attached hereto. The parties
25 further state as follows:
26      Gore agrees that it will not seek to stay the order granting execution or otherwise
27 delay payment to Bard. Gore agrees full payment for the amounts set forth in the
28 Proposed Order, other than those amounts escrowed with the Court's registry as set forth

in the Proposed Order, will be made to Bard on November 1, 2013. As for those amounts that are in, or will be in, the Court's registry as set forth in the Proposed Order, Gore agrees that those amounts should be paid to Bard on November 1, 2013 or as soon thereafter as possible.

Plaintiffs agree to entry of a revised form of order that will provide for maintenance of sufficient funds in the Court's registry to satisfy the remaining parts of the money judgment, thus relieving Gore from having to procure—and the parties and the Court from having to review and approve—another bond. Plaintiffs agree that Gore's compliance with the Court's execution Order (D.I. 1145), and entry into this Stipulation (including the Proposed Order submitted herewith), do not and will not waive Gore's right of appeal, or arguments in support of such appeal, as to any Order entered by the Court, including the execution Order (D.I. 1145) and the Proposed Order submitted herewith.

The parties thus request that the proposed form of order submitted herewith be entered immediately so that Bard may receive payment on Friday, November 1, 2013.

RESPECTFULLY SUBMITTED this 29th day of October, 2013.

FENNEMORE CRAIG P.C.

By: *s/ Andrew Federhar*
    Andrew M. Federhar

KIRKLAND & ELLIS LLP
Steven C. Cherny

LATHAM & WATKINS LLP
Maximilian A. Grant

Attorneys for Bard Peripheral Vascular, Inc., David Goldfarb, M.D.& C.R. Bard, Inc.

FENNEMORE CRAIG
PROFESSIONAL CORPORATION
PHOENIX

C:\Documents and Settings\kthomas\Local Settings\Temporary Internet Files\OLK8C\8623098_1(JOINT STIPULATION REGARDING PROPOSED FORM OF ORDER). DOCX 2

FISH & RICHARDSON P.C.

By  *s/ Michael E. Florey*_____

Michael E. Florey
Fish & Richardson P.C.
60 South Sixth Street, Suite 3200
Minneapolis, Minnesota  55402
(612) 335-5070

Juanita Brooks
Roger Denning
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California  92130
(858) 678-5070

Helen Perry Grimwood
N. Douglas Grimwood
The Grimwood Law Firm plc
714 East Rose Lane, Suite 100
Phoenix, Arizona 85014-1960
(602) 265-4995

Attorneys for Defendant
W. L. Gore & Associates, Inc

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF filing system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

s/ Katrina Thomas

FENNEMORE CRAIG
PROFESSIONAL CORPORATION
PHOENIX

C:\Documents and Settings\kthomas\Local Settings\Temporary Internet Files\OLK8C\8623098_1(JOINT STIPULATION REGARDING PROPOSED FORM OF ORDER). DOCX 3