Helen Perry Grimwood, No. 006355
N. Douglas Grimwood, No. 003414
The Grimwood Law Firm plc
714 East Rose Lane, Suite 100
Phoenix, Arizona 85014-1960
(602) 265-4995
ndg@grimwoodlaw.com
hpg@grimwoodlaw.com

Juanita Brooks (*pro hac vice*)
Roger A. Denning, No. 18315
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070
brooks@fr.com
denning@fr.com

Attorneys for W. L. Gore & Associates, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bard Peripheral Vascular, Inc. and David Goldfarb, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> W. L. Gore & Associates, Inc., <br><br> Defendant. <br><hr> W. L. Gore & Associates, Inc., <br><br> Counterclaimant, <br><br> v. <br><br> Bard Peripheral Vascular, Inc. and David Goldfarb, M.D., <br><br> Counterdefendants, | Cause No. CIV 03-0597 PHX MHM <br><br> **GORE'S NOTICE OF DEPOSIT OF ROYALTY PAYMENT PURSUANT TO AMENDED CLERK'S JUDGMENT (DOC. NO. 1047)** |

NOTICE IS HEREBY GIVEN that, in accordance with Paragraphs 6 and 7 of the Order Concerning Compulsory License contained within the Amended Clerk's Judgment

1

(Doc. No. 1047), Gore today has deposited with the Clerk of the Court (into account "Sub-Category No. 2") a cashier's check in the amount of $35,683,646.39 for the royalty payment covering the period July 1, 2013 through September 30, 2013.

DATED this 30th day of October, 2013.

                                              The Grimwood Law Firm plc

By  /s/Helen Perry Grimwood
     Helen Perry Grimwood
     N. Douglas Grimwood
     714 East Rose Lane, Suite 100
     Phoenix, Arizona 85014-1960
     (602) 265-4995

     Juanita Brooks
     Roger Denning
     Fish & Richardson P.C.
     12390 El Camino Real
     San Diego, California 92130
     (858) 678-5070

     Attorneys for Defendant
     W. L. Gore & Associates, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2013, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

                                      /s/Gaynell Carpenter